No. 493. IDAHO POTATO GROWERS, INC. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. November 6, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Oscar W. Worthurne*

for petitioners. *Solicitor General Fahy, Messrs. Alvin J. Rockwell, Frank J. Donner,* and *Miss Ruth Weyand* for respondent.